IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **OLSON INDUSTRIES, INC.,**<br><br>　　　　　　**Plaintiff,**<br><br>vs.<br><br>**PRECISION COATINGS, INC.,**<br><br>　　　　　　**Defendant.** | 8:14CV06<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on March 30, 2015, by Terry R. Wittler, counsel for the plaintiff,

**IT IS ORDERED that**:

1. On or before **April 29, 2015**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled pretrial conference and trial are cancelled upon the representation that this case is settled. The Clerk of Court shall terminate as moot the defendant's Motion for Partial Judgment on the Pleadings (Filing No. 29).

Dated this 30th day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge